LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
 E-Mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB#201903
 E-Mail: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
RELIANT RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE BANFORTH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RELIANT RECOVERY SERVICES, INC.; and DOES 1-10, inclusive.<br><br>Defendant. | CASE NO. CV 10-1253 DENYING JOINT<br><br>[PROPOSED] ORDER ~~TO JOINT~~ REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>Date: July 9, 2010<br>Time: 1:30 p.m.<br><br>The Hon. Jeffrey S. White<br><br>ACTION FILED:   March 25, 2010<br>TRIAL DATE:   None Set |

DENIES

The Court hereby ~~grants the~~ request of Plaintiff Alise Bamforth, through her attorney, Lara Shapiro, and Defendant Reliant Recovery Services, Inc., through its attorney, Larissa G. Nefulda, to initial appear at the July 9, 2010 Case Management Conference by telephone. The attorneys are directed to appear. ~~call the Court at _____ at the time of the hearing.~~

DATED: July 6, 2010

*/s/ Jeffrey S White*
United States District Judge

4827-7885-6966.1                              -1-
 ~~[PROPOSED]~~ ORDER JOINT REQUEST TO APPEAR TELEPHONICALLY
AT THE CASE MANAGEMENT CONFERENCE