UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alise Bamforth,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Reliant Recovery Services, Inc.; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:10-cv-01253-JSW<br><br>[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated:　March 8, 2011

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE

3:10-cv-01253-JSW　　　　　　　　　　　　　　　　　[PROPOSED] ORDER RE-DISMISSAL WITH PREJJUDICE